1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4
Attorney for Defendant
5 **FRANCISCO PAEZ-DE LOS REYES**

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:06-CR-00158-007-OWW** |
| ) | |
| ) | **STIPULATION TO ADVANCE** |
| Plaintiff, ) | **SENTENCING DATE AND** |
| ) | **PROPOSED ORDER** |
| v. ) | |
| ) | |
| FRANCISCO PAEZ-DE LOS REYES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, FRANCISCO PAEZ-DE LOS REYES, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, August 27, 2007, at 9:00 a.m. be advanced to Monday, July 30, 2007 at 1:30p.m. in the courtroom for the Honorable Oliver W. Wanger,, District Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 07-25-07                                              /s/ Nicholas F. Reyes
                                                             NICHOLAS F. REYES
                                                             Attorney for Defendant
                                                             **FRANCISCO PAEZ DE LOS REYES**

1  **IT IS SO STIPULATED**

3  Dated: 07-25-07                                    /s/ Kathleen A. Servatius
                                                       KATHLEEN A. SERVATIUS
4                                                      Assistant U.S. Attorney

5  IT IS SO ORDERED.

6  **Dated:   July 27, 2007**                          /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE