```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )
                                )
              Plaintiff         )     1:06-CR-158 OWW
                                )
     v.                         )
                                )     ORDER FOR RELEASE FROM
FRANCISCO PAEZ-DE LOS REYES,    )     CUSTODY OF UNITED STATES
                                )     MARSHAL UPON COMPLETION
              Defendant         )     OF SENTENCE
_____)
```

The above-named defendant having been sentenced on this date to a term of "time served", it is ordered that the defendant be released from the custody of the United States Marshal.

A Judgment and Commitment shall be forthcoming.


Dated: July 30, 2007                  /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1